IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-2187** |
| | : | |
| **MARY WALK** | : | |

## **ORDER**

**AND NOW**, this 8th day of June 2023, upon considering Plaintiff filed a Complaint (ECF Doc. No. 1) in the Court without either paying the fees to commence a civil action or moving to proceed *in forma pauperis*, it is **ORDERED**:

1. If the Plaintiff seeks to proceed with this action he must, no later than **July 10, 2023**, either: pay $402 (comprising the $350 filing fee and $52 administrative fee) to the Clerk of Court; or, file a motion to proceed *in forma pauperis* with a certified copy of his prisoner account statement (or institutional equivalent) showing all deposits, withdrawals, and a current balance, from any correctional facility in which he was confined for the six-month period from December 5, 2022 through June 5, 2023, reflecting account activity from that time period;

2. If Plaintiff is ultimately granted leave to proceed *in forma pauperis*, he will be obligated to pay the $350 filing fee in installments under 28 U.S.C. § 1915(b), even if his case is dismissed. He will not be entitled to the return of any payments made toward the fee;

3. The Clerk of Court shall furnish the Plaintiff with a blank copy of this Court's current standard prisoner *in forma pauperis* form bearing the above civil action number.[1] He may use this form to seek leave to proceed *in forma pauperis* if he cannot afford to pay the fees to commence this case; and,

---

[1] This form is available on the Court's website at http://www.paed.uscourts.gov/documents2/forms/forms-pro-se.

   4. We may dismiss this case for failure to prosecute if Plaintiff fails to timely comply with this Order.

                                **KEARNEY, J.**