IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-2187 |
| | : | |
| MARY WALK | : | |

## ORDER

**AND NOW**, this 27th day of June 2023, upon considering the incarcerated pro se Plaintiff's Motion for a subpoena asking us to direct the George W. Hill Correctional Facility Warden or the Inmate Account Coordinator to provide Plaintiff *in forma pauperis* forms (ECF Doc. No. 4), and Plaintiff's Notice withdrawing his Motion for a subpoena (ECF Doc. No. 5) as Plaintiff now filed his application to proceed *in forma pauperis* (ECF Doc. No. 6), is **ORDERED** Plaintiff's Motion to issue a subpoena (ECF Doc. No. 4) is **DENIED** as **moot**.

_____
KEARNEY, J.