IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-2187 |
| | : | |
| MARY WALK | : | |

## ORDER

**AND NOW**, this 29th day of June 2023, upon considering the incarcerated pro se Plaintiff's Motion for leave to preserve the right to amend the Complaint as a matter of course (ECF Doc. No. 10), and Plaintiff's Notice withdrawing his Motion for leave to preserve the right to amend the Complaint as a matter of course (ECF Doc. No. 5), it is **ORDERED** Plaintiff's Motion for leave to preserve the right to amend the Complaint as a matter of course (ECF Doc. No. 10) is **DENIED** as **moot**.

KEARNEY, J.