IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTIS C. CARROLL, JR. | : CIVIL ACTION |
| v. | : NO. 23-2187 |
| MARY WALK | : |

## ORDER

AND NOW, this 29th day of June 2023, consistent with our Congressionally mandated obligations of screening an incarcerated person's Complaint proceeding without paying the filing fees, and finding Plaintiff is not a "John Doe" but is instead serial litigant Artis C. Carroll, Jr. who has filed numerous cases before us including at least two earlier cases dismissed upon screening as frivolous, and further finding the present claims in this case are again frivolous, it is **ORDERED**:

1. We **DISMISS** the Complaint **with prejudice** as the allegations are frivolous and Plaintiff again cannot state a claim against the named state court staff member Defendant;

2. We **amend** the caption as above to reflect the known identity of Artis C. Carroll, Jr. as he offers no grounds to proceed under a John Doe designation while identifying himself in his allegations;

3. We find substantial basis in at least three cases (including this case) dismissed as frivolous for a pre-filing injunction **barring** Mr. Carroll from filing a civil action in federal court as an incarcerated person unless he: (1) pays the full filing fee upon filing the civil case, <u>or</u> (2) he is under imminent danger of serious physical injury consistent with 28 U.S.C. § 1915(g); and,

4. The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.